Robert Chagolla and Jackie Chagolla
408 E. Loma Vista Drive
Tempe, AZ 85282
480-967-2333
*Plaintiffs Pro Se*



FILED _____ LODGED
_____ RECEIVED _____ COPY

AUG 2 6 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT CHAGOLLA, JACKIE CHAGOLLA, <br><br> Plaintiffs, <br><br> v. <br><br> DETECTIVE BRYAN CLUFF ACTING UNDER COLOR OF LAW FOR THE MARICOPA COUNTY SHERIFF'S OFFICE, LT. TODD BATES ACTING UNDER COLOR OF LAW FOR THE MARICOPA COUNTY SHERIFF'S OFFICE, SHERIFF PAUL PENZONE AS AN EMPLOYEE OF THE MARICOPA COUNTY SHERIFF'S OFFICE, THE MARICOPA COUNTY SHERIFF'S OFFICE, MARICOPA COUNTY AND ANY AND ALL OTHER MARICOPA COUNTY OR OTHER ACTORS DISCLOSED BY DISCOVERY, <br><br> Defendants. | Case No: CV-20-00079-PHX-MTL <br><br> **RE: AMENDED COMPLAINT FOR DAMAGES** <br><br> 1. **GENERAL NEGLIGENCE ETHICS IN GOVERNMENT** <br> 2. **PUBLIC ENTITY NEGLIGENCE EQUAL ACCESS TO JUSTICE** <br> 3. **NEGLIGENCE WITH REGARD TO SYSTEMIC RACISM** <br> 4. **DEPRIVATION OF FEDERAL CIVIL RIGHTS (TITLE VII OF THE CIVIL RIGHTS ACT OF 1964)** <br><br> (Assigned to the Hon. Michael T. Liburdi) |

I. <u>INTRODUCTION</u>

1. The notice of claim was filed timely. The Court requested this amended complaint. The Plaintiffs (Robert and Jackie Chagolla) come before the Court because until January 18, 2018, the Plaintiffs were unclear as to the level of participation of Defendants Bryan Cluff, Todd Bates, Sheriff Paul

1

Penzone, the Maricopa County Sheriff's Office, Maricopa County and any and all other Maricopa County or other actors disclosed by discovery.

2. Plaintiffs Robert Chagolla and Jackie Chagolla, bring this action under , the Constitutional Right to Due Process in retaining employment while moving through the Court System due to Hispanic Heritage, a violation of Title VII of the Civil Rights Act, 1964, and Title 42 US Code Section 1983 Rights to Due Process against the Maricopa County Sheriff's Office, Maricopa County, Sheriff Paul Penzone, Bryan Cluff, Todd Bates, and (Clarisse McCormick see CV20-01162-PHX-SMB RE: Title 42 US Code Section 1983 Rights to Due Process by Committing Abusive Discovery as Fraud on the Court) for their failure to perform mandatory duties and/or for the unconstitutional and/or negligent acts and/or omissions of their officers, officials, agents and/or employees that resulted in the reversal of a previous decision to reinstate employment and a Maricopa County Superior Court Minute Entry that is based on the falsified DR0033831.

3. This tragic series of events was initiated in February of 2001, when the previous IA dated December 2000, was destroyed as well as all contents of Robert Chagolla's employee file.  After the February 2001 IA, the criminal report was falsified as evidenced by the IA interviews based on the original criminal report.

**4.** The Maricopa County Sheriff's Office has in their possession two affidavits from Robert Chagolla's only two brothers, that state neither ever worked as a firefighter, nor did they volunteer as a firefighter or work or volunteer in a position in the medical field.

5. The situation was further exacerbated when Clarisse McCormick, a sworn officer of the court became a party to these matters and violated her role as a minister of justice in the "*High-Profile Case* [emphasis added], of Maricopa County Sheriff's Detective (Robert Chagolla) and colluded

with the Maricopa County Sheriff's Office, Bryan Cluff and Todd Bates as a representative of Maricopa County in this matter.

6. Detective Robert Chagolla's fate was sealed when the Maricopa County Sheriff's Office failed to release and subsequently destroyed an audio tape and a video with audio tape that had been requested by both plaintiffs and multiple attorneys since the onset of this matter and Clarisse McCormick's omission of the content of the audios of both the tape cassette and the audio to the video that per Bryan Cluff she requested all copies of including the masters.

7. **During the administrative hearing it was found the Maricopa County Sheriff's Office falsified an affidavit; to win the hearing.**

8. The moment documents are requested the Maricopa County Sheriff's Office had a duty to follow the law and not intentionally destroy those records.

9. Clarisse McCormick's acts were in collusion with the Maricopa County Sheriff's Office, Bryan Cluff and Todd Bates.

10. This tragedy and the lack of resolution are the by-product of the abuse of authority and systemic racism of the Maricopa County Sheriff's Office, Paul Penzone's failure to act on the criminal/civil actions of his own employees as evidenced by the deposition of Bryan Cluff and Todd Bates, the IA interviews of Detective Robert Chagolla, subsequent interviews with Robert Chagolla, Jackie Chagolla and the IA interview of the detective who actually kicked the subject, in addition to the other criminal/civil violations that occurred in this matter.

11. There is not a statute of limitation on falsification of departmental reports and/or fraud upon the Court.

12. Detective Robert Chagolla's fate was both foreseeable and preventable had the law enforcement agencies, officials and/or officers and county

attorney involved simply followed the laws, regulations and/or procedures which they swore to uphold.

## II.   PARTIES

13. Plaintiff: Robert Chagolla and Jackie Chagolla

14. **Defendants: Maricopa County Sheriff's Office, Sheriff Paul Penzone employee of the Maricopa County Sheriff's Office, Detective Bryan Cluff acting under the color of law, Lt. Todd Bates of the Maricopa County Sheriff's Office acting under the color of law, Maricopa County and any and all other Maricopa County or other Actors disclosed by discovery.**

15. **Agency and Concert of Actions:   At all times herein mentioned, Defendant, and each of them, hereinabove, were the agents, servants, employees, partners, aiders and abettors,  co-conspirators, and/or joint venturers of each of the other Defendants named herein and were at all times operating and acting within the purpose and scope of said agency, service, employment, partnership, enterprise, conspiracy, and/or joint venture, and each Defendant has ratified and approved the acts of each of the remaining Defendants. Each of the Defendants aided and abetted, encouraged, and rendered substantial assistance to the other Defendants in breaching their obligations to Plaintiffs, as alleged herein.  In taking action to aid and abet and substantially assist the commission of these wrongful acts, failing to hold accountable each other for these wrongful acts and any other wrongdoings complained of, as alleged herein, each of the Defendants acted with an awareness of his/her/its primary wrongdoing and realized that his/her/its conduct would substantially**

**assist the accomplishment of the wrongful conduct, wrongful goals, and wrongdoing.**

III. JURISDICTION AND VENUE

**16. This Court has jurisdiction to hear cases authorized by the United States Constitution or Federal Statutes.**

**17. Multiple Constitutional Freedoms were deprived due to the intentional falsification of DR: 0033831, fraud upon the court and the intentional false testimony given on January 18, 2018, leads a trail to the truth. All claims in this matter arise from a common nucleus of operative facts that are so intertwined that they cannot be reasonably separated.**

**18. Venue is appropriate in the court pursuant to the Federal Code due to all parties residing in this judicial district, the alleged actions occurred within this district, and all of the wrongful acts and/or omissions complained of herein occurred in this judicial district.**

IV. GENERAL ALLEGATIONS OF FACT

**A.** The Falsification of DR0033831 and destruction of first IA in 2000.

19. The plaintiff hereby incorporates the preceding paragraphs as if fully set forth.

20. This conspiracy of racism/collusion/deceit/unaccountability has lasted for over 19 years.

21. In December 2000, Rich Rosky told Detective Robert Chagolla that the IA determined that he needed additional training regarding this same matter.

22. The content of Detective Robert Chagolla's employee file was destroyed in 2001; before his termination to include the above IA report

that had been placed in his file.

23. **T**he falsification of the criminal report DR: 0033831, dated December 8, 2000, but altered between February 9, 2001 and May 29, 2001 violated the Plaintiffs Constitutional Rights to due process and became more about terminating him based on the color of his skin and his Hispanic origin rather than true facts.

24. Robert Chagolla was fired at his home in front of his wife and six of his seven children.

25. Robert Chagolla and Jackie Chagolla the Plaintiffs submit this complaint citing Constitutional violations of racism, Constitutional violations of due process citing that the Defendants acted intentionally to deprive Robert Chagolla of his Constitutional Right to Due Process in retaining his employment while moving through the Court System due to his race and therefore, made Robert Chagolla unemployed/underemployed causing grave harm to his wife, Jackie Chagolla causing her to work multiple jobs to enable her family to survive.

26. Paul Penzone, Joe Arpaio, Dave Zebro and David Tennyson failed to investigate the falsified criminal report and/or provide results to the Plaintiffs.

27. The falsification of DR: 0033831 was reported in writing to Rick Romley while acting as the Maricopa County Attorney as well as allegations of racism in this matter.

28. Dave Zebro and David Tennyson told the Plaintiffs to sue.

29. In the parallel case of Jeffrey Manka, no one at the Maricopa County Sheriff's Office obtained a copy of Detective Manka's original police report or viewed     it while in Detective Robert Chagolla's case they had to falsify the police report. (Detective Manka retained his

employment on paid status while on administrative leave until his criminal probation sentence expired in that parallel matter).

30. Detective Jeff Manka retired 12/27/2019 from the Maricopa County Sheriff''s Office and is paid $6,680.37 per month from PSPRS.

31. The falsified DR:0033831 and the Maricopa County Superior Court Minute Entry related to it were used against Robert Chagolla and Jackie Chagolla in other court/police related matters and the deposition of Bryan Cluff and Todd Bates were a result of one of those matters.

**B.** The Maricopa County Sheriff's Office's History of Systemic Racism and Constitutional Violations to include attempted destruction of evidence.

32. The Maricopa County Sheriff's Office targeted a Hispanic member of the Maricopa County Board of Supervisors and a Hispanic Maricopa County Superior Court Judge.

33. Several Maricopa County Attorneys were disbarred for their collusion in the above matters to include Andrew Thomas.

34. Both the Hispanic Judge and the Hispanic member of the Board of Supervisors were awarded financial settlements based on these matters.

35. Ortega Melendres v. Maricopa County Sheriff's Office and Arpaio No. 16-16661, D.C. No.2:07-CV-02513-GMS ruling on May 24, 2013, finding was that the Sheriff and Maricopa County Sheriff's Office had an agency wide pattern and practice of using race to target Latinos for investigation in violation of fundamental rights protected by the U.S. Constitution.

36. Federal search warrants were issued when the Federal Government was advised that the Maricopa County Sheriff's Office was going to destroy evidence in an ongoing Federal Court case against the Sheriff's Office.

37. Former Sheriff Joe Arpaio had been notified regarding his non-compliance while Sheriff with the Melendres v Arpaio case Court

orders.

38. Sheriff Paul Penzone has been notified of non-compliance with the
Federal Court Orders in the Melendres v Penzone case Court orders.

39. Under Sheriff Paul Penzone's administration a separate lawsuit was
settled regarding Constitutional Violations where multiple employees of
the Maricopa County Sheriff's Office in collusion lied under oath
regarding Constitutional Violations.

40. Upon information and belief those employees retained
employment.

41. The Maricopa County Sheriff's Office has had multiple lawsuits filed
against them for failing to obey the Freedom of Information Law in
Arizona.

**C.** Transgressing of Local, State, and/or Federal Law, in addition the Maricopa
County Sheriff's Office also Violated Their Own Policies and Procedures

42. Upon information and belief all parties in this matter receive money
from the Federal Government and risk forfeiture of those funds if they
do not honor the Federal Constitutional Laws.

43. Upon information and belief, the county received an estimated over
$200,000 in Federal dollars in Robert Chagolla's termination case.

44. The Maricopa County Sheriff's Office selectively enforces policies on
employees.

**D.** Collusion between the Maricopa County Sheriff's Office, Clarisse McCormick,
Bryan Cluff and Todd Bates

45. The Maricopa County Sheriff's Office, Clarisse McCormick, Bryan
Cluff and Todd Bates colluded in the falsification of DR:0033831 and
its coverup.

46. The Maricopa County Sheriff's Office, Clarisse McCormick, Bryan
Cluff and Todd Bates colluded in the destruction of DR:0033831 audio
cassette recording and the audio with video recording of this criminal

8

interview.

47. The Maricopa County Sheriff's Office has in its possession a recorded audio conversation recorded before the above items were destroyed and after they were already requested by an attorney and a separate Freedom of Information Request between Robert Chagolla and Todd Bates with Todd Bates stating the Maricopa County Sheriff's Office's refusal to release the requested criminal interview audio and audio video tapes and acknowledging Todd Bates received our Freedom of Information request.

48. Detective Robert Chagolla's Case was a ***HIGH-PROFILE*** Termination Case [emphasis added].

49. Plaintiffs allege that due to this being a High-Profile Case multiple employees of the Maricopa Sheriff's Office had a duty to report the alleged violations and did nothing due to the systemic racism.

## V.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### GENERAL NEGLIGENCE ETHICS IN GOVERNMENT

**(Against All Defendants by Plaintiffs Robert and Jackie Chagolla)**

**50. Plaintiffs hereby re-allege and incorporate by reference each and every allegation contained above as fully set forth in detail herein.**

**A.  Defendants Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates, Bryan Cluff**

**51. PLAINTIFFS allege, that at all times relevant herein Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff, and each of them, acted negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1)**

9

failing to advise all parties that the allegation was a kick, (2) not investigating this matter when repeatedly brought to their attention, (3) falsification of DR:0033831 (4) destroying the evidence they had in their possession (5) omitting evidence (6) covering up the crimes by not investigating them

52. The aforementioned acts and/or omissions by Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff are not vested with discretion to contravene federal law and/or state law, including the Freedom of Information Act.

53. PLAINTIFFS allege, that at all times relevant herein, Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff were aware that falsification of a criminal report used to target a Hispanic detective was not only wrong but criminal and a violation of the Constitution and a violation of Civil Rights.

54. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, the decision of a Judge and the Court were altered and cannot be corrected unless the Paul Penzone holds his employees both criminally and civilly responsible.

55. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla continue to experience both a financial and emotional tsunami, all in an amount to be determined.

56. As a further direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert

Chagolla and Jackie Chagolla continue to experience loss of trust, solace, finances, time, loss of benefits, loss of wages, all in an amount to be determined.

57. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla experienced bankruptcy, loss of employment/underemployment, loss of reputation, loss of sleep, loss of credibility in reporting crimes against children and ourselves, all in an amount to be determined.

B. Defendant Paul Penzone

58. PLAINTIFFS allege, that at all times relevant herein Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, acted negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1) failing to advise all parties that the allegation was a kick, (2) not investigating this matter when repeatedly brought to his attention, (3) failure to investigate falsification of DR:0033831 (4) upon information and belief destroying any evidence still in MCSO's possession (6) covering up the crimes by not investigating them.

59. The aforementioned acts and/or omissions by Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff are not vested with discretion to contravene federal law and/or state law, including the Freedom of Information Act.

60. A meeting with Paul Penzone was requested before filing this lawsuit.

61. Paul Penzone was advised of the falsified DR: 0033831.

62. Paul Penzone never met with the PLAINTIFFS in this matter.

63. Due to Paul Penzone's failure to hold his own employees accountable for their criminal/civil violations of both policy and laws the Plaintiffs were left with no choice but to file this complaint.

64. As a direct and legal result of the wrongful acts and/or omissions of Paul Penzone; Robert Chagolla and Jackie Chagolla experienced continued loss of reputation, underemployment, lack of trust, loss of sleep, loss of credibility in reporting crimes against children and ourselves, all in an amount to be determined.

## SECOND CAUSE OF ACTION
## PUBLIC ENTITY NEGLIGENCE EQUAL ACCESS TO JUSTICE

### (Against All Defendants by Plaintiffs Robert and Jackie Chagolla)

65. PLAINTIFFS hereby re-allege and incorporate by reference each and every allegation contained above as if fully set forth in detail herein.

A. Defendants Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates, Bryan Cluff

66. PLAINTIFFS allege that at all times relevant herein, Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff, and each of them, were under mandatory duty to investigate crimes reported to them as a law enforcement agency yet they negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1) failing to advise all parties that the allegation was a kick, (2) not investigating this matter when repeatedly brought to their attention, (3) falsification of DR:0033831 (4) destroying the evidence they had in their possession (5) omitting evidence.

67. The aforementioned acts and/or omissions by Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff are not vested with discretion to contravene federal law and/or state law, including the Freedom of Information Act.

68. PLAINTIFFS allege, that at all times relevant herein, Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff were aware that falsification of a criminal report used to target a Hispanic detective was not only wrong but criminal and a violation of the Constitution and a violation of Civil Rights.

69. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, the decision of a Judge and the Court were altered and cannot be corrected, .

70. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla continue to experience both a financial and emotional tsunami, all in an amount to be determined.

71. As a further direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla continue to experience loss of trust, solace, finances, time, loss of benefits, loss of wages, all in an amount to be determined.

72. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla experienced bankruptcy, loss of

employment/underemployment, loss of reputation, loss of sleep, loss of credibility in reporting crimes against children and ourselves, all in an amount to be determined.

**B.** Defendant Paul Penzone

73. PLAINTIFFS allege, that at all times relevant herein Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, acted negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1) failing to advise all parties that the allegation was a kick, (2) not investigating this matter when repeatedly brought to his attention, (3) failure to investigate falsification of DR:0033831 (4) upon information and belief destroying any evidence still in MCSO's possession (6) covering up the crimes by not investigating them (5) investigating Clarisse McCormick's actions in this matter.

74. The aforementioned acts and/or omissions by Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff are not vested with discretion to contravene federal law and/or state law, including the Freedom of Information Act.

75. A meeting with Paul Penzone was requested before filing this lawsuit.

76. Paul Penzone was advised of the falsified DR: 0033831.

77. Paul Penzone never met with the PLAINTIFFS in this matter.

78. Due to Paul Penzone's failure to hold his own employees accountable for their criminal/civil violations of both policy and laws the Plaintiffs were left with no choice but to file this complaint.

79. As a direct and legal result of the wrongful acts and/or omissions of Paul Penzone, Robert Chagolla and Jackie Chagolla experienced continued loss of reputation, underemployment, lack of trust, loss of sleep, loss of credibility in reporting crimes against children and ourselves, all in an amount to be determined.

## THIRD CAUSE OF ACTION

### NEGLIGENCE WITH REGARD TO SYSTEMIC RACISM

**(Against All Defendants by Plaintiffs Robert and Jackie Chagolla)**

80. Plaintiffs hereby re-allege and incorporate by reference each and every allegation contained above as fully set forth in detail herein.

A. <u>Defendants Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates, Bryan Cluff</u>

81. PLAINTIFFS allege that at all times relevant herein, Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff, and each of them, were under mandatory duty to investigate crimes reported to them regardless of the victims ethnicity as a law enforcement agency yet they negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1) failing to advise all parties that the allegation was a kick, (2) not investigating this matter when repeatedly brought to their attention, (3) falsification of DR:0033831 (4) destroying the evidence they had in their possession (5) omitting evidence.

82. The aforementioned acts and/or omissions by Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff are not vested with discretion to contravene federal law and/or state law, including the Freedom of Information Act.

83. PLAINTIFFS allege, that at all times relevant herein, Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff were aware that falsification of a criminal report used to target a Hispanic detective was not only wrong but criminal and a violation of the Constitution and a violation of Civil Rights.

84. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, the decision of a Judge and the Court were altered and cannot be corrected.

85. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla with the falsification of the criminal report DR: 0033831, dated December 8, 2000, but altered between February 9, 2001 and May 29, 2001 violated the Plaintiffs Constitutional Rights to due process and became more about terminating him based on the color of his skin and his Hispanic origin rather than true facts.

86. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla continue to experience both a financial and emotional tsunami, all in an amount to be determined.

87. As a further direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office,

Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla continue to experience loss of trust, solace, finances, time, loss of benefits, loss of wages, all in an amount to be determined.

88. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla experienced bankruptcy, loss of employment/underemployment, loss of reputation, loss of sleep, loss of credibility in reporting crimes against children and ourselves, all in an amount to be determined.

**B.** <u>Defendant Paul Penzone</u>

89. PLAINTIFFS allege, that at all times relevant herein Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, acted negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1) failing to investigate crimes committed by Bryan Cluff and Todd Bates (2) not investigating this matter when repeatedly brought to his attention due to Robert Chagolla's ethniticity (3) failure to investigate falsification of DR:0033831 due to Robert Chagolla's ethniticity (4) upon information and belief destroying any evidence still in MCSO's possession (6) covering up the crimes by not investigating them.

90. Under Sheriff Paul Penzone's administration a lawsuit was settled regarding Constitutional Violations where multiple employees of the Maricopa County Sheriff's Office lied under oath regarding those constitutional violations.

91. Paul Penzone was advised of the falsified DR: 0033831.

92. Paul Penzone never met with the PLAINTIFFS in this matter.

93. Due to Paul Penzone's failure to hold his own employees accountable for their criminal/civil violations (including racism) of both policy and laws the Plaintiffs were left with no choice but to file this complaint.

94. As a direct and legal result of the wrongful acts and/or omissions of Paul Penzone, Robert Chagolla and Jackie Chagolla experienced continued loss of reputation, underemployment, lack of trust, loss of sleep, loss of credibility in reporting crimes against children and ourselves, all in an amount to be determined.

## FOURTH CAUSE OF ACTION

**DEPRIVATION OF FEDERAL CIVIL RIGHTS (TITLE VII OF THE CIVIL RIGHTS ACT OF 1964)**

**(Against All Defendants by Plaintiffs Robert and Jackie Chagolla)**

95. Plaintiffs hereby re-allege and incorporate by reference each and every allegation contained above as fully set forth in detail herein.

A. **Defendants Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates, Bryan Cluff**

96. PLAINTIFFS allege that at all times relevant herein, Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Todd Bates and Bryan Cluff, and each of them, were under mandatory duty to investigate crimes reported to them as a law enforcement agency yet they negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1) failing to advise all parties that the allegation was a kick, (2) not investigating this matter when repeatedly brought to their attention, (3) falsification of DR:0033831

(4) destroying the evidence they had in their possession (5) omitting evidence (6) colluding in all crimes/civil violations previously listed.

97. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, the decision of a Judge and the Court were altered and cannot be corrected.

98. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla with the falsification of the criminal report DR: 0033831, dated December 8, 2000, but altered between February 9, 2001 and May 29, 2001 violated the Plaintiffs Constitutional Rights to due process and became more about terminating him based on the color of his skin and his Hispanic origin rather than true facts.

99. As a direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla continue to experience both a financial and emotional tsunami, all in an amount to be determined.

100. As a further direct and legal result of the wrongful acts and/or omissions of Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, Bryan Cluff and Todd Bates, and each of them, Robert Chagolla and Jackie Chagolla continue to experience loss of trust, solace, finances, time, loss of benefits, loss of wages, all in an amount to be determined.

## B. Paul Penzone

101. PLAINTIFFS allege that at all times relevant herein, Maricopa County, Maricopa County Sheriff's Office, Paul Penzone, and each of them, were under mandatory duty to investigate crimes reported to them as a law enforcement agency yet they negligently, carelessly, recklessly, and/or unlawfully by including but not limited to: (1) failing to advise all parties that the allegation was a kick, (2) not investigating this matter when repeatedly brought to their attention, (3) falsification of DR:0033831 (4) destroying the evidence they had in their possession (5) omitting evidence.

102. A meeting with Paul Penzone was requested before filing this lawsuit.

103. Paul Penzone was advised of the falsified DR: 0033831.

104. Paul Penzone never met with the PLAINTIFFS in this matter.

105. Due to Paul Penzone's failure to hold his own employees accountable for their criminal/civil violations of both policy and laws the Plaintiffs were left with no choice but to file this complaint.

106. As a direct and legal result of the wrongful acts and/or omissions of Paul Penzone, Robert Chagolla and Jackie Chagolla experienced continued loss of reputation, underemployment, lack of trust, loss of sleep, loss of credibility in reporting crimes against children and ourselves, all in an amount to be determined.

WHEREFORE Plaintiff's pray for relief set forth below.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray judgment against Defendants jointly and severally as hereinafter set forth:

1. For lost earnings/capacity (Robert Chagolla) of $1,269,867.37; jointly and severally;

2. For emotional and Physical Pain and Suffering of $53,000,000.00; jointly and severally;

3. For Punitive Damages of $212,000,000.00; jointly and severally;

4. For pre- and post-judgment interest on all damages as allowed by the law; jointly and severally;

5. For such other and further relief as the Court may deem just and proper.

DATED this 26th day of August, 2020

/s/ Jackie Chagolla and Robert Chagolla
*Plaintiffs Pro Se*

       i. **Plaintiff: Robert Chagolla and Jackie Chagolla**

     ii. **Defendants: Maricopa County Sheriff's Office, Sheriff Paul Penzone employee of the Maricopa County Sheriff's Office, Detective Bryan Cluff acting under the color of law, Lt. Todd Bates of the Maricopa County Sheriff's Office acting under the color of law, Maricopa County and any and all other Maricopa County or other Actors disclosed by discovery.**

## CERTIFICATE OF SERVICE

    I hereby certify that on ___August 26, 2020, I hand delivered a copy to the Court in this matter and mailed a copy c/o:

William G. Montgomery
Maricopa County Attorney
Ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 003200
Attorneys for Maricopa County Defendants
Christine B. Stutz (Bar No. 019955)
stutzc@mcao.maricopa.gov
225 West Madison Street
Phoenix, Arizona 85003
Jennifer G. Lockerby (Bar No. 024041)
lockerbj@mcao.maricopa.gov
Deputy CountyAttorneys
Civil Services Division
222 N Central Avenue, Suite 1100
Phoenix, Arizona 85004

For the listed defendants:

DETECTIVE BRYAN CLUFF ACTING UNDER COLOR OF LAW FOR THE MARICOPA COUNTY SHERIFF'S OFFICE, LT. TODD BATES ACTING UNDER COLOR OF LAW FOR THE MARICOPA COUNTY SHERIFF'S OFFICE, SHERIFF PAUL PENZONE AS AN EMPLOYEE OF THE MARICOPA COUNTY SHERIFF'S OFFICE, THE MARICOPA COUNTY SHERIFF'S OFFICE, MARICOPA COUNTY AND ANY AND ALL OTHER MARICOPA COUNTY OR OTHER ACTORS DISCLOSED BY DISCOVERY

/s/ Jackie Chagolla and Robert Chagolla
*Plaintiffs Pro Se*